JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ABRAHAM AVALOS MEDINA,<br><br>Defendant. | Case No. 2:22-cr-00086-GMN-DJA<br><br>**MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States of America, by Jason M. Frierson, United States Attorney for the District of Nevada, and Jean N. Ripley, Assistant United States Attorney, requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant Luis Abraham Avalos Medina as contained in the Indictment in case number 2:20-cr-00086-GMN-DJA.  Defendant is not in custody and is under the supervision of Pretrial Services.

\ \ \

\ \ \

\ \ \

1

DATED this 26th day of July, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Jean N. Ripley*
JEAN N. RIPLEY
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LUIS ABRAHAM AVALOS MEDINA,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00086-GMN-DJA<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Luis Abraham Avalos Medina as contained in the Indictment in case number 2:20-cr-00086-GMN-DJA.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Jean N. Ripley*
　　　　　　　　　　　　　　　　　　　　JEAN N. RIPLEY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of the Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Luis Abraham Avalos Medina as contained in the Indictment in case number 2:22-cr-00086-GMN-DJA.

　　　　DATED this ___27___ day of ___July___, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE