DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Luis Avalos Medina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANA KAREN OCEGUEDA PENA,<br>        aka "Ana Pena"<br>        aka "Karen Pena"<br><br>LUIS ABRAHAM AVALOS MEDINA,<br>        aka "Luis Avalos"<br><br>JOSE MORENO ISLAS<br><br>        Defendants. | Case No: 2:22-cr-00086-GMN-DJA<br><br>STIPULATION TO RETURN PASSPORT |

**IT IS HEREBY STIPULATED AND AGREED,** by and between, James Frierson United States Attorney, and Jean N. Ripley, Assistant United States Attorney, counsel for the United States of America, David T. Brown, counsel for defendant Luis Avalos Medina, that the passport of Luis Avalos Medina be returned to Mr. Avalos Medina.

This stipulation is entered into for the following reasons:

1. At the time of Mr. Avalos Medina's pretrial release he surrendered his passport to pretrial services as one of the conditions of his release.

2. On July 26, 2022, the Government moved to dismiss the indictment against Mr. Avalos Medina.

1  3.  On July 27, 2022, the Order was signed by the Court dismissing the charges as to Mr. Avalos Medina.

4.  There is no longer a need for Mr. Avalos Medina's passport to be held by pretrial.

5.  Pretrial has instructed the parties that an Order is required for the passport to be released to Mr. Avalos Medina.

**DATED** this 29th day of July, 2022.

David Brown /s/
_____
DAVID T. BROWN, ESQ.
Counsel for Defendant

Jean Ripley /s/
_____
JEAN RIPLEY, ESQ.
United States Attorney

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Luis Avalos Medina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANA KAREN OCEGUEDA PENA, ) <br>     aka "Ana Pena" ) <br>     aka "Karen Pena" ) <br> ) <br> LUIS ABRAHAM AVALOS MEDINA, ) <br>     aka "Luis Avalos" ) <br> ) <br> JOSE MORENO ISLAS ) <br> ) <br> Defendants. ) | Case No: 2:22-cr-00086-GMN-DJA <br><br> **FINDINGS OF FACT,** <br> **CONCLUSIONS OF LAW** <br> **& ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. At the time of Mr. Avalos Medina's pretrial release he surrendered his passport to pretrial services as one of the conditions of his release.

2. On July 26, 2022, the Government moved to dismiss the indictment against Mr. Avalos Medina.

3. On July 27, 2022, the Order was signed by the Court dismissing the charges as to Mr. Avalos Medina.

4. There is no longer a need for Mr. Avalos Medina's passport to be held by pretrial.

**ORDER**

**IT IS SO ORDERED.**

Dated this  6  day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT